UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ARDEN JONES a.k.a. RAFAEL
ARDEN JONES SR,
                    Plaintiff,

         -against-                                    26-cv-4633 (LTS)

                                                      CIVIL JUDGMENT

SUSAN HOERTER, et al.,

                         Defendants.

      For the reasons stated in the June 5, 2026, order, this action is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 9, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge